DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEVIN YOMAR ORTIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-538

_____

February 7, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.